JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PATHMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SQUARE, INC.,<br><br>Defendant. | Case No: 2:14-1406-R<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO PLAINTIFF SUSAN PATHMAN'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS<br><br>HON. MANUEL L. REAL |

Based upon Plaintiff's Request for Voluntary Dismissal of Action, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

IT IS SO ORDERED.

Dated: _March 10, 2014_   _____

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE